UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MELVIN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause Number: 4:25-cv-01017-MTS |
| v. | ) | |
| ST. LOUIS COUNTY, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, by and through counsel, and moves to dismiss the above cause pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

Dated: October 28, 2026

Respectfully submitted,

/s/ Thomas Peterson

Thomas Peterson, #67188MO
818 Lafayette Ave
St. Louis, Missouri 63104
Telephone: (314) 795-3973
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this October 28, 2026, an electronic copy of the foregoing was sent through the e-Filing System to the Clerk of the Court and opposing counsel.

/s/Thomas Peterson

Thomas Peterson