**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MELVIN HARRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cause No. 4:25-cv-01017-CMS** |
| | ) | |
| **ST. LOUIS COUNTY ET AL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION OF DISMISSAL BY ALL PARTIES WHO HAVE APPEARED**

COMES NOW counsel for Plaintiff, and through stipulation of all parties who have appeared as required by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and moves to dismiss the above cause **with** prejudice. This matter has settled just prior to mediation. All parties consent to the dismissal of this matter.

Dated: October 29, 2026

Respectfully submitted,

/s/ Nicholas Lindley
Nicholas Lindley, #63038
Associate County Counselor
Office of the County Counselor
41 S. Central Avenue
Clayton, Missouri 63105
(314) 934-0476
NLindley@stlouiscountymo.gov

/s/ Thomas Peterson
Thomas Peterson, #67188MO
818 Lafayette Ave
St. Louis, Missouri 63104
Telephone: (314) 795-3973
thomaspetersonlaw@gmail.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this October 29, 2026, an electronic copy of the foregoing was sent through the e-Filing System to the Clerk of the Court and Opposing Counsel.

/s/Thomas Peterson
Thomas Peterson